697 A.2d 262

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Kevin CROWDER, Petitioner.**

Supreme Court of Pennsylvania.

July 29, 1997.

## ORDER

PER CURIAM:

AND NOW, this 29th day of July, 1997, the Petition for Allowance of Appeal is hereby GRANTED.  The order of the Superior Court is reversed.  *Commonwealth v. Banks,* 540 Pa. 453, 658 A.2d 752 (1995); *Commonwealth v. Carter,* 543 Pa. 510, 673 A.2d 864 (1996).

CASTILLE, J., dissents.